# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

---

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** — Short Form |
|---|---|
| v. | CASE NUMBER: 06-po-01219 |
| DEBBY MARIE STOTLER | David Lindsey <br> (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C.§ 1791(a) and (b)(2) | Providing Contraband in Prison | October 19, 2006 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $15.00 | $500.00 |
|  | 4 months Unsupervised Probation |  |

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:
  SAME

October 19, 2006
Date of Imposition of Judgment

*/s/ Gudrun Rice*
Signature of Judicial Officer

Gudrun Rice, U.S. Magistrate Judge
Name & Title of Judicial Officer

October 20, 2006
Date